IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA BORISH, | : |
| Plaintiff | : CIVIL ACTION NO. 3:08-CV-1661 |
| v. | : (JUDGE CAPUTO) |
| COUNTY OF LUZERNE, | : |
| Defendants | : |

## ORDER

NOW, this 24th day of May, 2010, Counsel having reported to the Court that the above case has been settled, IT IS HEREBY ORDERED that this case is dismissed without costs and with prejudice to the right of any party, upon good cause shown, to reinstate the action within sixty (60) days of the date of this Order if settlement is not consummated.

A. Richard Caputo
United States District Judge